.

Advanced Waste Services
1128 S. 70th St. - Suite N408B
Milwaukee, WI 53214


Alicia Campos
9300 S. Sangamon St.
Chicago, IL 60620


Allied Affiliated Funding, L.P.
51551 Beltline Rd., Ste 500
Dallas, TX 75254-7520


Ashley Calumet 7, LLC
9810 S. Dorchester Ave.
Chicago, IL 60628


Bank Direct Capital Finance
150 N. Field Dr., Ste 190
Lake Forest, IL 60045


BlueCross BlueShield of Illinois
PO Box 1186
Chicago, IL 60690-1186


City of Chicago Dept of Fin - Water
121 N. LaSalle St., 7th Floor
Chicago, IL 60602


ComEd - Bkcy Group - Claims Dept.
3 Lincoln Center
Villa Park, IL 60181


Crossbow Industrial Water
320 W. 194th St.
Glenwood, IL 60425


Fisher Scientific
200 Park Lane Dr.
Pittsburgh, PA 15275


Forge Alloy Corp.
24403 Sinacola Ct.
Farmington, MI 48335-1626

Geritrex Holding Co.
53 W. Jackson Blvd., Suite 818
Chicago, IL 60604


Greenway Recycling Trans. Svcs. Inc
14941 S. Suffolk Ct.
Homer Glen, IL 60491


Hardy Diagnostics
1430 W. McCoy Lane
Santa Maria, CA 93455-1005


Illinois Department of Revenue
PO Box 19475
Springfield, IL 62794


Illinois Dept Employment Security
33 S. State St., 10th Floor
Chicago, IL 60603-2802


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


IQMS
2231 Wisteria Lane
Paso Robles, CA 93446


Javo-Mex I, LLC
915 W. Huron, Ste. C-104
Chicago, IL 60642


Labor Solutions - Staff Right, LLC
4602 S. Pulaski Road
Chicago, IL 60632


Loeb Equipment & Appraisal Co.
4131 S. State St.
Chicago, IL 60609-2942


Metropolitan Water Reclamation Dist
100 East Erie Street
Chicago, IL 60611

MRL Enterprises Inc.
PO Box 1144
Hammond, IN 46325


MVP Workforce
666 Dundee Rd., Ste. 201
Northbrook, IL 60062


NALCO Crossbow Water LLC
320 W. 194th St.
Glenwood, IL 60425-1502


Palletmaxx, Inc.
4818 W. 137th St.
Midlothian, IL 60445


Peoples Gas Light and Coke Company
130 E. Randolph St.
Chicago, IL 60601


Schwerman Trucking Co.
611 S. 28th St.
Milwaukee, WI 53215


Shaw Fishman Glantz & Towbin LLC
312 N. Clark St., Ste 800
Chicago, IL 60610


Staff Right, LLC
4602 S. Pulaski Rd
Chicago, IL 60632


The Gray Law Group, Ltd.
9219 Indianapolis Blvd.
Highland, IN 46322-2562


Travelers
2 Pierce Place
Itasca, IL 60143


Tri State Scale Systems, Inc.
191 Ontario St.
Frankfort, IL 60423

```
Uline
PO Box 88741
Chicago, IL 60680-1741


Voss Equipment Inc.
15241 S. Commercial Ave.
Harvey, IL 60426
```