

**Metropolitan Water Reclamation District of Greater Chicago**
LOCKBOX 98429                MONITORING & RESEARCH (312) 751-3000
CHICAGO, IL 60693                       FINANCE (312) 751-6538

Invoice Number: 26638-2014-E-001
RD-913 Statement                                   Date: 01/15/2014

**Billing Address**                **Facility Address**
CPC LABORATORIES, INC.             CPC LABORATORIES, INC.
9300 SOUTH SANGAMON STREET         9300 S SANGAMON STREET
CHICAGO, IL 60620                  CHICAGO, IL 60620

                              January
Estimated Annual User Charges                277,399.95
Balance Forward
    Previously Billed Monthly Amounts              0.00
    Previously Billed Interest Amounts             0.00
                                                   0.00
Current Payment Due                           69,349.99
Current Interest Due                               0.00
Less Payments Made YTD                             0.00
Net Due / Credit Amount                      $69,349.99


                         PAY THIS AMOUNT: $69,349.99

Please detach this portion and return with your payment.

CPC LABORATORIES, INC.          Industry ID     : 26638
9300 S SANGAMON STREET
CHICAGO, IL 60620               Invoice Number : 26638-2014-E-001

**Payable To:**
                                    FOR DISTRICT USE ONLY
Metropolitan Water Reclamation District
         Lockbox 98429              Pymt Amt: _____
         Chicago, IL 60693          Dep Date: _____
                                    Post Date: _____
                                    Check #: _____
This estimated amount is due by:   3/1/2014
PAY THIS AMOUNT:          $69,349.99   Batch #: _____

CPC LABORATORIES, INC.
9300 SOUTH SANGAMON STREET
CHICAGO, IL 60620