UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-09873 |
| CPC Laboratories, Inc., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL ORDER ALLOWING SUGAR FELSENTHAL GRAIS & HAMMER LLP AND JORDAN & ZITO LLC TO DRAW ON RETAINERS

This matter came on to be heard on the applications (the "Applications") filed by Sugar Felsenthal Grais & Hammer LLP ("SFGH") and Jordan & Zito LLC (together with SFGH, the "Professionals"), for final compensation and reimbursement of expenses, as more fully set forth in the Applications; the Court having reviewed the Applications and having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that:

(a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(c)  venue of this proceeding and Applications in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

(d) the relief requested in the Applications is warranted and is in the best interests of the Debtor's estate, their creditors, and other parties in interest;

(e) the Parties provided appropriate notice of the Applications and the opportunity for a hearing on the Motion under the circumstances;

(f) the Court being advised that SFGH holds $28,000 in its client trust account as a court approved retainer;

(g) the Court being advised that Jordan & Zito LLC holds $59,000 in its client trust account as a court approved retainer; and

(f) the Court being advised that all objections to the Applications have been withdrawn.

IT IS HEREBY ORDERED:

That the amounts previously awarded as interim compensation are hereby final.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 26, 2014

**Prepared by:**

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
55 West Monroe St., Suite 3600
Chicago IL 60603
(312) 854-7181 (Telephone)
(312) 276-9285 (Facsimile)
gjordan@jz-llc.com
mzito@jz-llc.com